Commonwealth *v.* Mason, Appellant.

Before SHOYER, J.

Argued September 11, 1975. *Elaine DeMasse,* Assistant Defender, with her *Andrea Commaker Levin* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *L. Mason,* with him *Francis C. Barbieri, Jr., Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abra-*

*ham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.